936

Appeals of New York. Probable jurisdiction noted. *Ephraim S. London* for appellant. ~~Daniel T. Scannell and Helen R. Cassidy for appellee.~~

No. 504. UNITED STATES *v.* ANDERSON, CLAYTON & CO. Court of Claims. Certiorari granted. *Solicitor General Sobeloff* ~~for the United States. John C. White~~ for respondent.

No. 226, Misc. MICHEL *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari granted. *Gerard H. Schreiber* for petitioner. *Fred S. LeBlanc,* Attorney General of Louisiana, and *Michael* ~~E. Culligan,~~ Assistant Attorney General, for respondent.

No. 190. BABCOCK & WILCOX CO. *v.* PEDRICK, ADMINISTRATRIX. C. A. 2d Cir. Certiorari denied. *John F. Dooling, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland,* ~~Ellis N. Slack~~ and *Hilbert P. Zarky* for respondent.

No. 495. CENTRAL MINE EQUIPMENT CO. *v.* BOWDIL COMPANY. C. A. 8th Cir. Certiorari denied. *John H. Sutherland* and *John H. Bruninga* for petitioner. *Bruce B. Krost* and *Charles M. Spence* for respondent.